GARIN LAW GROUP
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
9900 Covington Cross Drive, Suite 210
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
jgarin@garinlawgroup.com

*Attorneys for Defendants Melanie Jo Muldowney, Esq.,
Jenny L. Foley, Esq., John P. Shannon, Esq., and
Martinez, Dieterich & Zarcone Legal Group*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MANUELA GARCIA-HERNANDEZ, individually; JOSE INES MARRUFO SANCHEZ, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>LOYA INSURANCE COMPANY; MELANIE JO MULDOWNEY, ESQ.; JENNY L. FOLEY, ESQ.; JOHN P. SHANNON, ESQ.; MARTINEZ, DIETERICH & ZARCONE LEGAL GROUP; ROE CORPORATIONS I-V, inclusive, and DOES I through V,<br><br>Defendants. | Case No:  2:26-cv-01248-CDS-EJY<br><br>**DEFENDANTS MELANIE JO MULDOWNEY, ESQ.; JENNY L. FOLEY, ESQ.; JOHN P. SHANNON, ESQ.; AND MARTINEZ, DIETERICH & ZARCONE LEGAL GROUP'S JOINDER TO DEFENDANT LOYA INSURANCE COMPANY'S MOTION TO DISMISS OR, ALTERNATIVELY, STAY [ECF NO. 15]** |

Defendants MELANIE JO MULDOWNEY, ESQ., JENNY L. FOLEY, ESQ., JOHN P. SHANNON, ESQ., and MARTINEZ, DIETERICH & ZARCONE LEGAL GROUP, by and through their attorneys at GARIN LAW GROUP, hereby join in and adopt Defendant Loya Insurance Company's Motion to Dismiss or, Alternatively, Stay [ECF No. 15] ("Motion").

///

///

Page 1 of 3

This Joinder is made and based upon the points and authorities contained in Loya Insurance Company's Motion, which is incorporated by reference as if set forth fully herein, the papers and pleadings on file, and such other and further oral and documentary evidence as may properly come before the Court at the time of hearing on this matter.

DATED this 12th day of May, 2026.

GARIN LAW GROUP

By: _____
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
9900 Covington Cross Drive, Suite 210
Las Vegas, Nevada 89144
jgarin@garinlawgroup.com

*Attorneys for Defendants Melanie Jo Muldowney, Esq., Jenny L. Foley, Esq., John P. Shannon, Esq., and Martinez, Dieterich & Zarcone Legal Group*

GARIN LAW GROUP
9900 Covington Cross Drive, Suite 210, Las Vegas, Nevada 89144
Telephone: (702) 382-1500   Facsimile: (702) 382-1512

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of May, 2026, service of the foregoing **DEFENDANTS MELANIE JO MULDOWNEY, ESQ.; JENNY L. FOLEY, ESQ.; JOHN P. SHANNON, ESQ.; AND MARTINEZ, DIETERICH & ZARCONE LEGAL GROUP'S JOINDER TO DEFENDANT LOYA INSURANCE COMPANY'S MOTION TO DISMISS OR, ALTERNATIVELY, STAY [ECF NO. 15]** was made upon each party in the case who is registered as an electronic case filing user pursuant to Fed. Rule Civ. P. 5(b)(3), and Local Rule 5-4, as follows:

| | |
|---|---|
| David F. Sampson, Esq. <br> Amanda Nalder, Esq. <br> LAW OFFICE OF DAVID SAMPSON <br> 630 S. 3rd Street <br> Las Vegas, NV 89101 <br> david@davidsampsonlaw.com <br> amanda@davidsampsonlaw.com <br><br> *Attorneys for Plaintiffs* | L. Renee Green, Esq. <br> SCHNITZER JOHNSON & WATSON <br> 8985 S. Eastern Avenue, Ste. 200 <br> Las Vegas, NV 89123 <br> rgreen@sjwlawfirm.com <br><br> *Attorneys for Defendant Loya Insurance Company* |

/s/ Michele Stones
An Employee of GARIN LAW GROUP

GARIN LAW GROUP <br> 9900 Covington Cross Drive, Suite 210, Las Vegas, Nevada 89144 <br> Telephone: (702) 382-1500    Facsimile: (702) 382-1512